GIBSON, DUNN & CRUTCHER LLP
JOEL S. SANDERS, SBN 107234
ADAM WILSON, SBN 206107
One Montgomery Street, Suite 3100
San Francisco, California 94104
Telephone: (415) 393-8200
Facsimile: (415) 986-5309
JSanders@gibsondunn.com
adamwilson@gibsondunn.com

ARNOLD & PORTER
RONALD C. REDCAY, SBN 67236
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-2513
Telephone: (213) 243-4002
Facsimile: (213) 243-4199
Ronald_Redcay@aporter.com

Attorneys for Defendants
MICRON TECHNOLOGY, INC. and
MICRON SEMICONDUCTOR PRODUCTS, INC.

[Additional Counsel and Parties Appear at End]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID TAKEDA, et al.,<br><br>                     Plaintiffs,<br><br>    vs.<br><br>ALLIANCE SEMICONDUCTOR CORPORATION, et al.,<br><br>                    Defendants. | Civil No. C-06-6663 MEJ<br><br>MDL 1819 (pending)<br><br>**JOINT STIPULATION TO STAY PROCEEDING** ~~OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES~~ **PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION;** ~~[PROPOSED]~~ **ORDER** |

1

Gibson, Dunn & Crutcher LLP

Pursuant to Civil Local Rules 7-12 and 16-2(e) of the United States District Court for the Northern District of California, the following parties hereby stipulate to a stay of the proceeding for the following good cause:

1.  At least 55 complaints have been filed to date in federal district courts by plaintiffs bringing class actions on behalf of either direct or indirect purchasers alleging price fixing by manufacturers of Static Random Access Memory ("SRAM") (collectively, the "SRAM cases").

2.  There is currently pending before the Judicial Panel on Multidistrict Litigation ("JPML") (MDL case number 1819) a motion to transfer SRAM cases for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407.

3.  On November 15, 2006, several defendants in the SRAM cases filed with the JPML a schedule identifying the above-captioned case as a potential tag-along action to pending MDL 1819.

4.  On December 14, 2006, the JPML issued a Notice of Hearing Session stating that the request to consolidate the SRAM cases will be heard by the JPML on January 25, 2007.

5.  The parties agree that, at some point subsequent to that hearing, the JPML is likely to grant the transfer and coordination or consolidation request.

6.  In light of the pending consolidation request before the JPML, Plaintiffs and Defendants Micron Technology, Inc. and Micron Semiconductor Products, Inc.[1] stipulated on December 5, 2006 (Document 7) to extend the time for Defendants to respond to the Complaint in the above-captioned action to the earlier of the following two dates:  (1) thirty days after the filing of a Consolidated Amended Complaint in the SRAM cases; or (2) thirty days after Plaintiffs provide written notice that they do not intend to file a Consolidated Amended Complaint, provided that such notice may be given only at or after the initial case management conference in the MDL transferee court in this case.  Upon information and belief, all other defendants that have been served in this case joined that

---

[1]   Crucial Technology, an unincorporated division of Micron Semiconductor Products, Inc., is named as a defendant in the above-referenced complaint, while Micron Semiconductor Products, Inc. is not.  To the extent Crucial Technology is a proper party, it joins this Stipulation.

2

Gibson, Dunn & Crutcher LLP

1    Stipulation, by letter or otherwise, and there have not been any other time modifications in this case

2    except as noted in this Paragraph.

3        7. Anticipating a decision by the JPML, two courts in this district have already denied a

4    series of administrative motions to consider whether certain SRAM cases should be related. These

5    courts denied all of these motions without prejudice to renewal following the resolution of the

6    proceedings before the JPML. *See Dataplex, Inc. v. Alliance Semiconductor Corp., et. al*, No. 06-

7    6491 CW (12/14/06 Order of Judge Wilken); *see also In re DRAM Litigation*, No. M02-1486 PJH

8    (11/15/06 Order of Judge Hamilton).

9        8. Also anticipating a decision by the JPML, four courts in this district have recently either

10    stayed an SRAM proceeding or continued case management deadlines in six SRAM actions. *See*

11    *Dataplex, Inc. v. Alliance Semiconductor Corp., et al.*, No. 06-6491 CW (12/27/06 Order of Judge

12    Wilken to temporarily stay proceeding pending decision by JPML); *Stargate Films, Inc. v. Alliance*

13    *Semiconductor Corp., et al.*, No. 06-7007 CW (12/27/06 Order of Judge Wilken to temporarily stay

14    proceeding pending decision by JPML); *Maites v. Samsung Electronics Co., Ltd., et al.,* No. 6-6542

15    SBA (12/27/06 Order of Judge Armstrong to continue case management dates pending decision by

16    JPML); *Reclaim Center, Inc., et al. v. Samsung Electronics Co., Ltd., et al.*, No. 06-6533 SI (12/22/06

17    Order of Judge Illston to stay proceeding pending decision by JPML); *Madsen v. Samsung*

18    *Electronics Co., Ltd., et al.*, No. 06-6541 SI (12/22/06 Order of Judge Illston to continue case

19    management deadlines pending decision by JPML); *Ma v. Alliance Semiconductor Corp., et al.,* No.

20    06-6511 EDL (12/20/06 Order of Judge Laporte to continue case management deadlines and

21    conference pending decision by JPML).

22        9. Given the January 25, 2007 hearing date for pending MDL 1819, the dates set forth in the

23    Case Management Scheduling Order filed October 26, 2006 in the above-captioned case (Document

24    2), including deadlines imposed by Federal Rules of Civil Procedure 26, Local Rule 16, and ADR

25    Local Rule 3.5, will come to pass before the JPML likely acts on the pending request.

26        10. The parties agree that a temporary stay of this proceeding pending the JPML's resolution

27    of the pending transfer and coordination or consolidation request would promote judicial efficiency,

28

Gibson, Dunn & Crutcher LLP

3

allow consistency in pretrial rulings, and be most convenient to the parties, including the Plaintiffs in the above-captioned action.

11.  The parties agree that this joint stipulation does not constitute a waiver of any defense, including but not limited to the defense of lack of personal or subject matter jurisdiction or improper venue.

12.  Accordingly, the parties hereby STIPULATE to and respectfully request the Court to temporarily STAY the proceeding and VACATE the dates set forth in the Case Management Scheduling Order filed October 26, 2006 (Document 2) pending the resolution of the transfer motion currently before the Judicial Panel on Multidistrict Litigation in MDL No. 1819.  The affected dates include the deadline to meet and confer and file Joint ADR Certification (currently January 11, 2007); the deadline to complete Initial Disclosures, the Joint Case Management Statement, and the Rule 26(f) Report (currently January 25, 2007); and the Initial Case Management Conference (currently February 1, 2007).

13.  In the alternative, the parties hereby STIPULATE to and respectfully request the Court to CONTINUE the dates set forth in the Case Management Scheduling Order filed October 26, 2006 (Document 2).  The affected dates are those set forth in Paragraph 12.  The parties propose extending these dates 90 days to April 11, April 25, and May 2, 2007, respectively.

Dated:  January 11, 2007

Respectfully Submitted,

Joel S. Sanders
Adam Wilson
GIBSON, DUNN & CRUTCHER LLP
One Montgomery Street
Montgomery Tower, 31st Floor
San Francisco, CA  94104

Ronald C. Redcay
ARNOLD & PORTER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California  90017-2513

By:_____/s/ Adam Wilson_____
        Adam Wilson

Attorneys for Defendants Micron Technology,

4

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1       Inc. and Micron Semiconductor Products, Inc.

2

3    Dated:  January 11, 2007

4                               Lionel Z. Glancy
                                Michael Goldberg
5                               Susan G. Kupfer
                                GLANCY BINKOW & GOLDBERG LLP
6                               455 Market Street, Suite 1810
                                San Francisco, CA 94105
7

8                               By:_____/s/ Susan G. Kupfer_____
                                         Susan G. Kupfer
9

10                              Attorneys for Plaintiff David Takeda, et al.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1

2  DATED:  January 11, 2007          Respectfully submitted:

3

4                                    By:    /s/ Ted C. Lindquist, III
                                          Gary L. Halling
5                                         James L. McGinnis
                                          Ted C. Lindquist, III
6                                         Mona Solouki
                                          Tiffany Lee
7                                         SHEPPARD, MULLIN, RICHTER &
                                          HAMPTON LLP
8                                         Four Embarcadero Center, 17th Floor
                                          San Francisco, CA  94111
9

10                                        Attorneys for Defendant Samsung
                                          Electronics America, Inc.
11

12  DATED:  January 11, 2007          Respectfully submitted:

13

14                                   By:    /s/ Peter Nemerovski
                                          Kenneth O'Rourke
15                                        Peter Nemerovski
                                          O'MELVENY & MYERS LLP
16                                        400 S. Hope Street
                                          Los Angeles, CA  90071
17

18                                        Attorneys for Defendant
                                          Hynix Semiconductor America, Inc.
19

20  DATED:  January 11, 2007          Respectfully submitted:

21

22                                   By:    /s/ Steven Morrissett
23                                        Steven Morrissett
                                          FINNEGAN, HENDERSON, FARABOW,
24                                        GARRETT & DUNNER LLP
                                          Stanford Research Park
25                                        3300 Hillview Avenue
                                          Palo Alto, CA  94304
26
                                           Attorneys for Defendant Winbond
27                                         Electronics Corporation America

28

6

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1

2    DATED:  January 11, 2007                    Respectfully submitted:

3

4
                                                 By:    /s/ Paul Griffin
5                                                       Robert Pringle
                                                        Paul Griffin
6                                                       Jonathan Swartz
                                                        THELEN REID BROWN RAYSMAN &
7                                                       STEINER LLP
                                                        101 Second Street, Suite 1800
8                                                       San Francisco, CA  94105

9                                                       Attorneys for Defendant NEC Electronics
                                                        America, Inc.
10

11   DATED:  January 11, 2007                    Respectfully submitted:

12

13
                                                 By:    /s/ Maura L. Rees
14                                                      Robert P. Feldman
                                                        Maura L. Rees
15                                                      WILSON SONSINI GOODRICH &
                                                        ROSATI
16                                                      650 Page Mill Road
                                                        Palo Alto, CA  94304
17
                                                        Attorneys for Defendant Cypress
18                                                      Semiconductor Corporation

19

20   DATED:  January 11, 2007                    Respectfully submitted:

21

22
                                                 By:    /s/ Kevin C. McCann
23                                                      Kevin C. McCann
                                                        Shinyung Oh
24                                                      PAUL, HASTINGS, JANOFSKY &
                                                        WALKER LLP
25                                                      55 Second Street, 24th Floor
                                                        San Francisco, CA  94105
26
                                                        Attorneys for Defendant Alliance
27                                                      Semiconductor Corporation

28

                                                7

Gibson, Dunn &
Crutcher LLP

1   DATED:  January 11, 2007                Respectfully submitted:

2

3                                           By:   /s/ Alice W. Detwiler
4                                                 Jeffrey M.  Shohet
                                                  Mark H. Hamer
5                                                 Alice W. Detwiler
                                                  DLA PIPER US, LLP
6                                                 401 B Street
                                                  Suite 1700
7                                                 San Diego, CA  92101

8                                                 Attorneys for Defendant GSI Technology,
                                                  Inc.
9

10  DATED:  January 11, 2007                Respectfully submitted:

11

12

13                                          By:   /s/ Daniel E. Alberti
                                                  Daniel E. Alberti
14                                                MCDERMOTT WILL & EMERY LLP
                                                  3150 Porter Drive
15                                                Palo Alto, CA 94304

16                                                Attorneys for Defendant Renesas
                                                  Technology America, Inc.
17

18  DATED:  January 11, 2007                Respectfully submitted:

19

20

21                                          By:   /s/ Michael D. Lisi
                                                  Michael D. Lisi
22                                                KRIEG, KELLER, SLOAN, REILLEY &
                                                  ROMAN LLP
                                                  114 Sansome Street
23                                                Suite 400
                                                  San Francisco, CA 94104-3898
24
                                                  Attorneys for Defendant Mitsubishi Electric
25                                                & Electronics USA, Inc.

26

27

28

                                                8

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE,
CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1

DATED:  January 11, 2007                 Respectfully submitted:

2

3
                                                       By:   /s/ Belinda Lee
4                                                              Belinda Lee
                                                             Andrea Yamamoto
5                                                            LATHAM & WATKINS
                                                             633 West Fifth Street
6                                                            Suite 4000
                                                             Los Angeles, CA  90071-2007
7
                                                             Attorneys for Defendant Toshiba America
8                                                            Electronic Components, Inc.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE,
CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

2

3

Dated: January 23, 2007

4
_____
THE HONOR~~~~~~~~~~~~~~~ JAMES
5   United States ~~~~~~~~~~ Judge

6

GRANTED

Judge Maria-Elena James

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

10

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND ~~[PROPOSED]~~ ORDER TO STAY PROCEEDING ~~OR, IN THE ALTERNATIVE,~~
~~CONTINUE CASE MANAGEMENT DEADLINES~~ PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1    I, Adam Wilson, am the ECF User whose identification and password are being used to file

2  this Joint Stipulation and [Proposed] Order To Stay Proceeding Or, In The Alternative, Continue

3  Case Management Deadlines Pending Decision By Judicial Panel on Multidistrict Litigation.  I

4  hereby attest that concurrence in the filing of this document has been obtained from each of the other

5  signatories, and that each of the signatories has provided me with written permission to sign their

6  names to this document.

7

8  Dated:  January 11, 2007                    GIBSON, DUNN & CRUTCHER LLP

9

10                                              By:_____/s/ Adam Wilson_____
                                                        Adam Wilson

11                                              Attorneys for Defendants Micron Technology,
                                                Inc. and Micron Semiconductor Products, Inc.
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE,
CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

# DECLARATION OF SERVICE

I, Robin McBain, declare as follows:

I am employed in the County of San Francisco, State of California; I am over the age of eighteen years and am not a party to this action; my business address is One Montgomery Street, Suite 3100, San Francisco, California, 94104, in said County and State.  On January 11, 2007, I served the within:

**JOINT STIPULATION TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; [PROPOSED] ORDER**

to each of the persons named below at the addresses shown as follows:

| **Attorneys for Plaintiff David Takeda** | |
|---|---|
| Lionel Z. Glancy<br>Michael Goldberg<br>GLANCY BINKOW & GOLDBERG LLP<br>1801 Avenue of the Stars, Ste. 311<br>Los Angeles, CA  90067<br>Facsimile:  (310) 201-9160<br>E-Mail:  info@glancylaw.com | Susan G. Kupfer<br>GLANCY BINKOW & GOLDBERG LLP<br>455 Market St., Ste. 1810<br>San Francisco, CA  94105<br>Facsimile:  (415) 972-8166<br>E-Mail:  skupfer@glancylaw.com |

| **Attorneys for Defendant Alliance Semiconductor Corporation** |
|---|
| Kevin C. McCann<br>PAUL HASTINGS JANOFSKY & WALKER LLP<br>55 Second St., 24th Floor<br>San Francisco, CA  94105<br>Facsimile:  (415) 856-7100<br>E-Mail:  kevinmccann@paulhastings.com; |

| **Attorneys for Respondent Chip-Tech, Ltd.** |
|---|
| Steven O. Sidener<br>Joseph M. Barton<br>C. Andrew Dirksen<br>GOLD BENNETT CERA & SIDENER LLP<br>595 Market St., Ste. 2300<br>San Francisco, CA  94105-2835<br>Facsimile:  (415) 777-5189<br>E-Mail:  ssidener@gbcslaw.com;<br>jbarton@gbcslaw.com |

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1

### Attorneys for Defendant GSI Technology, Inc.

2

Alice W. Detwiler
Jeffrey M. Shohet
3  Mark H. Hamer
DLA PIPER US LLP
4  401 B Street, Ste. 1700
San Diego, CA  92101-4297
5  Facsimile:  (619) 699-2701
E-Mail:  alice.detwiler@dlapiper.com;
6  jeffrey.shohet@dlapiper.com;
mark.hamer@dlapiper.com

7

### Attorneys for Defendant Samsung Electronics America, Inc.

8

Ted Lindquist
9  Gary L. Halling
James L. McGinnis
10 Mona Solouki
Tiffany Lee
11 SHEPPARD, MULLIN, RICHTER &
HAMPTON LLP
12 Four Embarcadero Center, 17th Floor
San Francisco, CA  94111
13 Facsimile:  (415) 434-3947
E-Mail: ghalling@sheppardmullin.com;
14 jmcginnis@sheppardmullin.com;
msolouki@sheppardmullin.com;
15 tilee@sheppardmullin.com;
tlindquist@sheppardmullin.com

16

### Attorneys for Defendant Hynix Semiconductor America, Inc.

17

Peter Nemerovski
18 Kenneth O'Rourke
O'MELVENY & MYERS LLP
19 400 S. Hope St.
Los Angeles, CA  90071
20 Facsimile: (213) 430-6407
E-Mail:  pnemerovski@OMM.com;
21 korourke@OMM.com

22

### Attorneys for Defendant Winbond Electronics Corporation America

23

Steven Morrissett
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER LLP
24 Stanford Research Park
3300 Hillview Ave.
25 Palo Alto, CA  94304
Facimile:  (650) 849-6666
26 E-Mail:  morrissett@finnegan.com

27

28

13

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE,
CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

1

**Attorneys for Defendant Cypress Semiconductor Corporation**

2
3

Robert P. Feldman
Maura Rees
WILSON SONSINI GOODRICH & ROSATI
650 Page Mill Rd.

4

Palo Alto, CA  94304
Facsimile:  (650) 493-6811

5

E-Mail:  rfeldman@wsgr.com; mrees@wsgr.com

6

**Attorneys for Defendant Renesas Technology America, Inc.**

7

Daniel E. Alberti
MCDERMOTT WILL & EMERY LLP

8

3150 Porter Dr.
Palo Alto, CA  94304

9

Facsimile:  (650) 813-5100
E-Mail:  dalberti@mwe.com

10

**Attorneys for Defendant Mitsubishi Electric & Electronics USA, Inc.**

11

Michael D. Lisi
KRIEG, KELLER, SLOAN, REILLEY &

12

ROMAN LLP
114 Sansome St., Ste. 400

13

San Francisco, CA  94104
Facsimile:  (415) 249-8333

14

E-Mail:  mlisi@kksrr.com

15

**Attorneys for Defendant Toshiba America Electronic Components, Inc.**

16

Belinda Lee
Andrea Yamamoto

17

LATHAM & WATKINS
633 W. Fifth St., Ste. 4000

18

Los Angeles, CA  90071
Facsimile:  (213) 891-8763

19

E-Mail:  Andrea.Yamamoto@lw.com;
Belinda.Lee@lw.com

20

**Attorneys for Defendant NEC Electronics America, Inc.**

21

Jonathan Swartz
Paul Griffin

22

THELEN REID BROWN RAYSMAN &
STEINER LLP

23

101 Second St., Ste. 1800
San Francisco, CA  94105-3606

24

Facsimile:  (415) 371-1211

25

E-Mail:  jswartz@thelen.com;
pgriffin@thelen.com

26

27

28

Gibson, Dunn &
Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING ~~OR, IN THE ALTERNATIVE,~~
~~CONTINUE CASE MANAGEMENT DEADLINES~~ PENDING DECISION BY JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ

☑ **BY ELECTRONIC MAIL (E-MAIL)**:  I served via electronic mail the above-detailed documents to counsel of record utilizing the e-mail addresses per counsel of records' pleading caption information and per the Court's docket on January 11, 2007.

☑ **BY ECF (ELECTRONIC CASE FILING)**:  I e-filed the above-detailed documents utilizing the United States District Court, Northern District of California's mandated ECF (Electronic Case Filing) service on January 11, 2007.  Counsel of record are required by the Court to be registered e-filers, and as such are automatically e-served with a copy of the documents upon confirmation of e-filing.

I certify under penalty of perjury that the foregoing is true and correct, that the foregoing document(s) were printed on recycled paper, and that this Declaration of Service was executed by me on January 11, 2007, at San Francisco, California.

_____/s/:/Robin McBain_____
Robin McBain

100145658_1

Gibson, Dunn & Crutcher LLP

JOINT STIPULATION AND [PROPOSED] ORDER TO STAY PROCEEDING OR, IN THE ALTERNATIVE, CONTINUE CASE MANAGEMENT DEADLINES PENDING DECISION BY JUDICIAL PANEL ON MULTIDISTRICT LITIGATION; CASE NO. C-06-6663 MEJ